Date signed April 27, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In re: | Case No. 09-15038PM |
|---|---|
|  | Chapter 7 |
| Anthony Liu Wong, |  |
| Debtor. |  |

### MEMORANDUM TO DEBTOR

Upon review of the docket herein, the court noted that the Clerk issued a Deficiency Notice to the Debtor related to Docket No. 17, Verification of Creditor Matrix. According to Local Bankruptcy Rule 1007-3,

> If a debtor files schedules or a supplemental mailing matrix after filing the petition, and if the debtor's schedules or a supplemental mailing matrix include one or more creditors that were not included, or were listed incorrectly, on the debtor's master mailing matrix filed with the petition, a debtor must comply with the following procedures:
>
> (a) Notice to Creditors. The debtor must send to each creditor that is added or whose address is corrected:
>
> > (1) a copy of the original Notice for Meeting of Creditors, and
> >
> > (2) a copy of each order that establishes or extends a bar date for claims or for complaints to determine the dischargeability of certain debts or to object to the discharge of the debtor.
>
> (b) Certificate of Compliance. With the schedules and supplemental mailing matrix, the debtor must file a certificate of compliance with this Rule, together with a dated and clearly titled supplemental mailing matrix that lists only the names and correct mailing addresses of each newly scheduled creditor.

Accordingly, the Debtor is required to send to each of the parties listed on Docket No. 17, Verification of Creditor Matrix, a copy of the original Notice for Meeting of Creditors, Docket No. 6, and file a certification with the court that this Rule has been complied with.  Failure to comply with the above-reference Rule may result in dismissal of the case.

cc:     Debtor
        Chapter 7 Trustee

## End of Memorandum to Debtor